RECEIVED

JUL 25 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

MAURICE WILLIAMS                          )
                                          )
AND ALL OTHERS SITUATED                   )
                                          )
REQUESTING JUDGMENT ON CLASS ACTION       )
                                          )
(Enter above the full name of the Plaintiff[s]  )
in this action.)                          )
                                          )
                                          )
Progressive Insurance Company             )   Case No. _____
              vs                          )
DAVID KEITH BOWSER and KATIE LADE,        )        (To be assigned by Clerk
                                          )         of District Court)
AS INDIVIDUAL ALSO IN THEIR OFFICIAL      )
                                          )   "JURY TRIAL DEMAND"
CAPACITIES                                )
                                          )
                                          )
_____          )
                                          )
_____          )
                                          )
(Enter above the full name of ALL Defend- )
ant[s] in this action.  Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

COMPLAINT

I.    State the grounds for filing this case is Federal Court (include federal statutes and/or U.S.
      Constitutional provisions, if you know them):

1. DISABILITY ACT 2. R.I.C.O. ACT  3. Title 42 U.S.C. 1981, 1983, 1985
BREECH OF CONTRACT, MAKING FALSE CLAIMS, DENIAL OF ACCESS TO THE COURT
DENIAL OF EQUAL RIGHTS UNDER THE LAW, DENIAL OF EQUAL PROTECTION OF
THE LAW ALL IN VIOLATION OF THE UNITED STATES CONSTITUTIONAL PROVI-
SIONS First,(1st), Four (4th), Fifth (5th), Six (6th), Eigth (8th), and
Fourteenth (14th), Amendments, while during Business under color of
State Stattures and Laws.

II.   Plaintiff, __Maurice Williams_____ resides at

__1320 N. Union Blvd,_____ __St.Louis__ __City__,
street address                         city              county

__Missouri__, 63113, 314-202-9170
state            zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

IIa.  Plaintiffs __All Others Similarly Situated,__

__Address__ __Unknown__, St.louis, City/County

——   __Missouri__   __Unknown__,   __Unknown__


III.  Defendant, __David Keith Bowser_____ lives at, or its business is located at

__12250 Weber Hill Road__ __St.louis__ __County__,
street address                      city            county

__Missouri__       65727
state                  zip code

(if more than one defendant, provide the same information for each defendant below)

IIII   Defendant, __Katie Lade__, its Business is Located at

__12250 Weber Hill Road__, __St.louis__, __County__
Street address                     city      county

__Missouri__, __65727__
state           zip code

2

IV.   Statement of claim (State as briefly as possible the facts of your case.  Describe how each defendant is involved.  You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places.  Be as specific as possible.  You may use additional paper if necessary):

## BACKGROUND STATEMENT OF THE FACTS

1.   Plaintiff, became a member with the **Progressive Insurance Company** on or about 2012 for several vehicles throughout the years dispite some Plaintiff believe was overcharges payed his bills on policy number 66606933.

2.   On or about January 27th, 2016, Plaintiff 1998 Lincoln Mark VIII was Stolen, plaintiff made a report to the Police Department and obtained the police report for Progressive Insurance Company. On January 30th, 2016, Plaintiff Added his 2003 Cadillac Deville to his policy and **removed** the above mentioned Stolen 1998 Lincoln, and a 1999 Ford F250, and a 1997 Mercedes Benz **S420** from the above mention policy number 66606933, at first these vehicles that was **removed** was intended for one (1) month or until I relocate my residence because of the number of vehicle breakins, vandalism and thelfs of my cars and trucks. A letter was sent to Progressive Insurance of apoligy to be placed in my account file with Progressive.

3.   Defendant Progressive insurance responded with measures of retaliation for my **removal** of the aboved vehicles mentioned. Those monies was needed for my relocation and moving expenses.

4.   Defendant **David K. Bowser,** sent plaintiff a Power of Attorney to obtain Bank statements and Phone records plaintiff signed these forms and plaintiff returned them with all the informa- that Defendant requested, days later Defendant David Bowser, requested that i obtain these Bank statements and Phone records, plaintiff explained to David Bowser, that he was going through the hardship of pain in his hip and leggs strength to move round asmuch and further his phone records he could not get Defendant Katie Lade, further requested that I bring these records or they would suspend my claim, plaintiff made it clear to these defendant that he had given police his information and there was nothing more he could do or add to the claim that would bring a different result.

5.   Defendant, David K. Bowser, terminated the rental car I had retained and Defendant Katie Lade, Suspended my claim. Both Defendants conspired about a month later **worked in the claims Depatment to take monies not owned to Progressive Insurance Co. Plaintiff,** bill at this time was only one hundred (`108) dollar each month for his 2003 Cadillac Deville. Plaintiff made his

**page 3 continue over**

3

complaint on his account with **"WELLS FARGO BANK"**, that Pro-
gressive Casualty Insurance Company had taken an amount not
**warranted**, without notice, or plaintiff's permission
Defendants' made False claims, and in an ongoing act, **conspired**
to close plaintiff's account without notice of giving plain-
an opportunity to be heard. These retalitory measures cause harm
denying plaintiff the right to insure his cars and **trucks par-**
ticurly plaintiff's 2003 Cadillac Deville and the right to
maintain an open account, number 66606933, insuring plaintiff
have proper registration for this vehicle. In a continuance act
plaintiff was charged with the Rented **Car costs and fees**.

6.    In ongonig discrimitory act, plaintiff was **deprive of rights,
      privileges, securities and immunities of the law.** Defendants
      denied plaintiff any restitution or a meaningful day in court.

7.    Plaintiff spoke over the phone with several Officers, Agents,
      and Supervisors **workers at** "Progressive Casualty Insurance Co.
      requesting grevances, or any other form of redress about the
      way plaintiff had been unfairly treated and deny plaintiff's
      legal claim on the 1998 Lincoln Mark VIII, vehicle that was
      Stolen January 27th, 2016.

      Plaintiff, De**clare, un**der the penalty of perjury that the
      foregoing Background and Statement of Facts, are true and cor-
      rect, to the best of my knowledge, belief and know how. On this,

      _____25th_____, day of July **2016.**

                                        *Maurice Williams*
                                        Maurice Williams, Declarant/
                                        Plaintiff

1.    By 42 U.S.C. 1983, Defendants Progressive Casualty Insurance
      Company is Arthorized to Operate its Business under **State
      Statutes and/or** the Color of State Sta**tutes,** and 42 U.S.C. 1985,
      **§(2),** ane (3), states that;

2.    Plaintiff, Maurice Williams, is a Black Afro-American Male a
      United State Citizen by reasons of Birth and a residence in the
      City of St.louis, Missouri, § 42 U.S.C.; 1986, provides for da-
      mages liability for anyone "who, having knowledge that [a §1985
      comspi**racy**] is about to be committed," does nothing about it;

3.    Defendants, David K. Bowser, Katie Lade, and Progressive Casual-
      ty Insurance Company, colluded, comspired, to deny plaintiff
      claims on a 1998, Lincoln Mark VIII, defendants, comspired to
      terminate, plaintiff Rental vehicle, Breech with **contract** with
      plaintiff, Defendants comspired to, deny plaintiff a grevance
      or complaint, to redress plaintiff's claim, defendant conspired
      to deny plaintiff, access to the Court, defendants conspired,
      to go into plaintiff's account and draw monies that was not owed
      to Progressive Casualty Insurance Company, defendants conspired
      to have plaintiff pay a Car Rental fee out of his pocket, defen-
      dants conspired, to deny plaintiff Equal Rights Under the Law,
      defendants conspired to deny plaintiff "due courses of justice"
      defendants conspired to deprive plaintiff of his claim, **defen-
      dants conspired, equal** privileges, securities and immunities
      unders the law, defendants conspired to deny to plaintiff the

V.    Relief:  State briefly and exactly what you want the Court to do for you.

Plaintiff requests the court to issue an Order for an Class action
for all others similarly situated against the Progressive Casual-
ty Insurance Company. And if i'm incapacitaed or dismised these
complaints and/or relief shall be award to the Daughter Montrice
Scott Williams, and carried out the same if I where there, be-
cause matter has cause to suffer shock, disbelief grievance
and anger, shock to plaintiff's nerve and nervous system, this
has cause this plaintiff mental strain and stress, plaintiff
would have to get over the shock before he can recover..

~~To Issue an Order paying for theclaim of Plaintiff 1998 Lincoln~~
Mark VIII, the costs, Charge of the Rental Vehicle Defendants
terminated before plaintiff claim was herld and all other costs
and fees attached to this Progressive Insurance Claim for this
matter, and all other judgments for the Interest of Justice.


VI.    MONEY DAMAGES:

A)    Do you claim either actual or punitive monetary damages for the acts alleged in
this complaint?

YES  [ X ]                    NO  [   ]

B)    If your answer to "A" is YES, state below the amount claimed and the reason or
reasons you believe you are entitled to recover such money damages:

Fifty thousands (50,000.00)dollars each Defendants, for conspiring:

(1) Plaintiff, Maurice Williams, is a African-American Male'
A United States Citizen, by reason of Birth, pursuant to Title
42 U.S.C 1985, Defendants colluded, conspired to deny plaintiff
his Insurance claim of His (plaintiff's) stolen 1998 Lincoln
Mark VIII, defendants conspired to deny plaintiff his Rental
vehicle, Rights Under the Law, Due Process Equal Protection of Law.

VII.    Do you maintain that the wrongs alleged in the complaint are continuing to occur at the
present time?

YES  [ x ]                    NO  [   ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of JULY_____, 20 16

*Maurice Williams*
*Maurice Williams*
Signature of Plaintiff(s)

4