UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| MAURICE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-01214 JAR |
| | ) | |
| PROGRESSIVE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's motion to strike the reference to "class action" from Plaintiff's complaint as unsupported by any factual allegations. (Doc. No. 8) Plaintiff may not bring a class action in this Court. He may bring his own claims to federal court without counsel, but not the claims of others. See 28 U.S.C. § 1654; 7A Wright, Miller & Kane, Federal Practice and Procedure: Civil 3d § 1769.1 (class representatives cannot appear pro se).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike [8] is **GRANTED** and Plaintiff's class claim is stricken from the complaint. See Fed. R. Civ. P. 12(f).

Dated this 4th day of October, 2016.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE